IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

MICHAEL ANTHONY
FAIRNOT-WOODS
also known as
Michael Woods,

   Defendant.

CRIMINAL FILE NO.
1:13-CR-127-2-TWT

**ORDER**

This is a criminal action in which the Defendant pleaded guilty to aiding and abetting the armed robbery of two postal employees, aiding and abetting the use of a firearm during a crime of violence, and possession of a firearm by a convicted felon. It is before the Court on the Report and Recommendation [Doc. 212] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 188]. As a part of the negotiated plea agreement, the Defendant waived his right to appeal or collaterally attack his sentence. Furthermore, the Defendant was convicted under 18 U. S. C. § 924(c) and not the Armed Career Criminal Act. Therefore, he is not entitled to relief under Johnson v. United States, 135 S. Ct. 2551 (2015).  The Court approves and adopts the Report and Recommendation as the judgment of the Court.

The Defendant's Motion to Vacate Sentence [Doc. 188] is DENIED.

SO ORDERED, this 9 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge